[No. 20388-0-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK L. HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00446-3, Randolph Furman, J., entered February 20, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20594-7-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DALE COHN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00593-0, Frederick W. Fleming, J., entered March 28, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20604-8-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00031-9, Toni A. Sheldon, J., entered March 25, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20739-7-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD GILBRIDE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00026-4, Toni A. Sheldon, J., entered May 1, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.